UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF,

V.

TERRY DEWAYNE DAVIS,

    DEFENDANT.

_____/

NO. 19-CR-20181

HON. ROBERT H. CLELAND

## ORDER GRANTING MOTION TO EXTEND REPORT DATE

Counsel for defendant having moved to extend his report date of July 7, 2021 to FCI McKean, and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that the Defendant is permitted to report to FCI McKean to fulfill his sentence on **September 24, 2021 by 12:00 p.m.**

**Dated: June 15, 2021**

                                                s/Robert H. Cleland
                                                **HON. ROBERT CLELAND**
                                                **United States District Court Judge**